UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUAH MCCAVITT,<br><br>    Petitioner,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>    Respondent. | No. 2:22-cv-1926 KJM KJN P<br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se. On December 22, 2022, petitioner requested an extension of time to file objections to the December 12, 2022 findings and recommendations.[1] Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 11) is granted; and

2. Petitioner is granted thirty days from the date of this order to file objections.

Dated:  December 27, 2022

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mcca1926.111

---

[1] Petitioner claims his request is late; but his request was timely filed.