UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshuah McCavitt,<br><br>     Petitioner,<br><br> v.<br><br>Patrick Covello,<br><br>     Respondent. | No. 2:22-cv-01926-KJM-KJN<br><br>ORDER |

  Petitioner applies for a certificate of appealability for this court's order adopting the Magistrate Judge's Findings and Recommendations and dismissing his petition with prejudice. *See* Application, ECF No. 16; Order, ECF No. 14; Findings & Recommendations, ECF No. 10. The court previously declined to grant petitioner a certificate of appealability and declines to reconsider.  He has not identified any change in the law or evidence, clear error, or manifest injustice.  The application (ECF No. 16) is **denied**.

  IT IS SO ORDERED.

DATED: May 1, 2023.

                            CHIEF UNITED STATES DISTRICT JUDGE

1